**D. P. ELLIS, et al., v. JOHN STRICKLAND, et al.**

30 (2nd) 100
April 15, 1947

January Term, 1947
Division B

*Thomas B. Adams,* for appellants.

*Frank T. Cannon* for John Strickland, et al, and *Howell, McCarthy, Lane & Howell,* for Springfield Atlantic Bank, appellees.

PER CURIAM:

Whereas it appears that in the final decree the name of "John Stallings" is used where the name "John Strickland" should have been used, it is directed that the final decree be modified by inserting the name "John Strickland" where the name "John Stallings" was inadvertently used.

The decree when so modified is affirmed on authority of our opinion and judgment in Partin v. Tucker, 126 Fla. 817, 172 So. 89.

So ordered.

THOMAS, C. J., BUFORD, ADAMS and BARNS, JJ., concur.